STATE OF LOUISIANA

VERSUS

ROBERTO LOPEZ

NO. 25-K-38

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

Linda Wiseman
First Deputy Clerk

January 30, 2025

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Scott U. Schlegel

## <u>REHEARING DENIED</u>

    **SMC**
    **FHW**
    **SUS**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**CHEHARDY, C.J.**

Relator seeks reconsideration of this Court's January 30, 2025 denial of his writ application number 25-K-38. Uniform Rules-Courts of Appeal, Rule (URCA) 2-18.7 provides:

> An application for rehearing shall be considered only in cases where the court has:
>
> (A) Granted a writ application on the merits;
> (B) Dismissed an appeal; or
> (C) Ruled on the merits of an appeal.

URCA Rule 4-9 provides that "Rules 2-18 shall apply to requests for rehearing related to writ applications." Because relator's writ application was denied, he is not entitled to a rehearing.

**<u>REHEARING DENIED</u>**

25-K-38                                                                1

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/30/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
**CLERK OF COURT**

**25-K-38**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Darren A. Allemand (Respondent)

Thomas J. Butler (Respondent)
Mark D. Plaisance (Relator)

### MAILED

Remy V. Starns (Relator)
Attorney at Law
301 Main Street
Suite 700
Baton Rouge, LA 70825

Christen E. DeNicholas (Relator)
Attorney at Law
848 Second Street
3rd Floor
Gretna, LA 70053

Marcus J. Plaisance (Relator)
Attorney at Law
Post Office Box 1123
Prairieville, LA 70769

Zachary L. Grate (Respondent)
Honorable Paul D. Connick, Jr.
(Respondent)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053